1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

9

SCOTT DWAYNE ENGELMAN,                )   Case No.: 1:12-cv-427 GSA
                                       )
10                                     )
            Plaintiff,                 )   DISMISSAL ORDER
11                                     )
        vs.                            )
12   MICHAEL J. ASTRUE,                )   ORDER DIRECTING THE CLERK'S
     Commissioner of Social Security,  )   OFFICE TO CLOSE THIS CASE
13                                     )
                                       )
14          Defendant.                 )
                                       )
15   _____)

16
17          TO THE HONORABLE GARY S. AUSTIN, MAGISTRATE JUDGE OF

THE DISTRICT COURT:
18
            IT IS HEREBY STIPULATED by and between Scott Dwayne Engelman
19
("Plaintiff") and Michael J. Astrue as the Commissioner of Social Security
20
("Defendant"), that this matter be dismissed with prejudice, each party to bear its
21
own fees, costs, and expenses.  The parties enter into this stipulation pursuant to
22
the terms of F.R.Civ.P. Rule 41(a)(1)(A)(ii) and 41(a)(1)(B), requiring no separate
23
order of the Court.
24
///
25
///
26

1

2   DATE: September 7, 2012         Respectfully submitted,

3                                   ROHLFING & KALAGIAN, LLP

4                                       /s/ *Marc V. Kalagian*
                                    BY:_____
5                                   Marc V. Kalagian
                                    Attorney for plaintiff Scott Dwayne Engelman
6

7
    DATE: September 7, 2012
8                                   BENJAMIN B. WAGNER
                                    United States Attorney
9

10                                      /s/ *Theophous H. Reagans*
                                    _____
11                                  Theophous H. Reagans
                                    Special Assistant United States Attorney
12                                  Attorneys for Defendant Michael J. Astrue,
                                    Commissioner of Social Security
13                                  (Per e-mail authorization)

14                                  **ORDER**

15          Based on the parties' stipulation above and pursuant to the Federal Rules of

16  Civil Procedure 41(a)(1)(A)(ii) and 41(a)(1)(B) , the case is dismissed with

17
    prejudice, each party to bear its own fees, costs, and expenses.  The Clerk is
18
    directed to close this case.
19

20  IT IS SO ORDERED.

21      **Dated:  September 10, 2012**          **/s/ Gary S. Austin**
                                            **UNITED STATES MAGISTRATE JUDGE**
22

23

24

25

26