**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION**

| | |
|---|---|
| SCOTT DWAYNE ENGELMAN,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>Defendant. | Case No.: 1:12-cv-427 GSA<br><br>DISMISSAL ORDER<br><br>ORDER DIRECTING THE CLERK'S OFFICE TO CLOSE THIS CASE |

TO THE HONORABLE GARY S. AUSTIN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between Scott Dwayne Engelman ("Plaintiff") and Michael J. Astrue as the Commissioner of Social Security ("Defendant"), that this matter be dismissed with prejudice, each party to bear its own fees, costs, and expenses. The parties enter into this stipulation pursuant to the terms of F.R.Civ.P. Rule 41(a)(1)(A)(ii) and 41(a)(1)(B), requiring no separate order of the Court.

///

///

DATE: September 7, 2012          Respectfully submitted,

ROHLFING & KALAGIAN, LLP

                                 /s/ *Marc V. Kalagian*
                                 BY:_____
                                 Marc V. Kalagian
                                 Attorney for plaintiff Scott Dwayne Engelman

DATE: September 7, 2012

                                 BENJAMIN B. WAGNER
                                 United States Attorney


                                 /s/ *Theophous H. Reagans*
                                 _____
                                 Theophous H. Reagans
                                 Special Assistant United States Attorney
                                 Attorneys for Defendant Michael J. Astrue,
                                 Commissioner of Social Security
                                 (Per e-mail authorization)

## ORDER

Based on the parties' stipulation above and pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(a)(1)(B) , the case is dismissed with prejudice, each party to bear its own fees, costs, and expenses.  The Clerk is directed to close this case.

IT IS SO ORDERED.

   Dated:  **September 10, 2012**          **/s/ Gary S. Austin**
                                           **UNITED STATES MAGISTRATE JUDGE**